# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATHANAEL MARTIN

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER KITCHEN, et al.,

    Defendants.

Case No. 2:13-cv-00810-JCM-CWH

**ORDER**

    The copy of order #4, instructing plaintiff to file an amended complaint, was returned in the mail with the notation that plaintiff is no longer in custody at the Clark County Detention Center. Plaintiff has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    DATED:  November 25, 2013.

_____
JAMES C. MAHAN
United States District Judge